IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 2 2010

By JAMES N. HATTEN, Clerk
_____ Deputy Clerk

UNITED STATES OF AMERICA,

v.

CRIMINAL CASE NO.

1:10-CR-352-01-JEC

JOHN DENNIS TAN ONG,

    Defendant.

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [31] recommending granting the Government's Motion to Revoke Order Granting Pretrial Release [11].  No Objections to the Report and Recommendation [31] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [31] **GRANTING** the Government's Motion to Revoke Order Granting Pretrial Release [11].  The defendant shall be detained pending the resolution of the charges against him.

SO ORDERED this ___22___ day of DECEMBER, 2010.


_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)